**UNITED STATES DISTRICT COURT**
**DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| vs. | : | Cr. No. 1:13-MJ-297PAS |
| | : | |
| TASHMA PAYNE, | : | |
| Defendant | : | |

**WRIT OF HABEAS CORPUS AD PROSEQUENDUM**

TO:   THE WARDEN, ADULT CORRECTIONAL INSTITUTE, RHODE ISLAND DEPARTMENT
OF CORRECTIONS, CRANSTON, RI ; THE UNITED STATES MARSHALS SERVICE; AND
ANY OTHER APPROPRIATE FEDERAL LAW ENFORCEMENT OFFICER.

You are commanded to produce the body of defendant TASHMA PAYNE, presently

incarcerated at the ADULT CORRECTIONAL INSTITUTE, RHODE ISLAND DEPARTMENT OF

CORRECTIONS, CRANSTON, RI  before **Patricia A. Sullivan**, United States Magistrate Judge of the

United States District Court for the District of Rhode Island, in **Courtroom B**, on **Thursday**, **September**

**12, 2013**, at **3:30p.m.**, for an **INITIAL APPEARANCE** in the above-entitled matter, and at any

subsequent times ordered by the court until the termination of proceedings in this court; and you are

further directed to retain the defendant in the custody of the Attorney General of the United States, or to

abide by such order of the above entitled court as shall thereafter be made concerning the custody of said

prisoner, when his presence before this court is no longer required.

WITNESS the Honorable Patricia A. Sullivan, United States Magistrate Judge for the District of

Rhode Island.


**DATED**:    September 9, 2013

                                                    **DAVID A. DIMARZIO, CLERK**
                                                    **UNITED STATES DISTRICT COURT**

(Initial Appearance)

                                                    By:   /s/Martha Saucier
                                                          Martha Saucier
                                                          Deputy Clerk